**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-02768-LTB

JERRY COURSON, a Missouri citizen, and
CHRISTY COURSON, a Missouri citizen,

       Plaintiffs,

v.

NORCONON FRESH START d/b/a A Life Worth Saving, Inc.;
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; and
NARCONON INTERNATIONAL,

       Defendants.

---

**ORDER**

---

Upon the Notice of Motion to Transfer to the United States Judicial Panel On Multidistrict Litigation (Doc 4) filed November 3, 2014, it is

ORDERED that any and all motions pending in this matter are HELD IN ABEYANCE pending resolution of the Motion to Transfer.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   November 4, 2014