**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.   14-cv-02768-LTB-MJW

JERRY COURSON, a Missouri citizen, and
CHRISTY COURSON, a Missouri citizen,

      Plaintiffs,

v.

NARCONON FRESH START d/b/a A Life Worth Saving, Inc.;
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL;
NARCONON WESTERN UNITED STATES; and
NARCONON INTERNATIONAL,

      Defendants.

---

### ORDER

---

THIS MATTER having come before the Court on the Notice of Voluntary Dismissal of Defendant, Narconon Western United States (Doc 18 - filed August 7, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE as to Defendant Narconon Western United States only,** each party to pay their own fees and costs.

                          BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED:   August 10, 2015