IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02768-LTB-MJW

JERRY COURSON, a Missouri Citizen; and
CHRISTY COURSON, a Missouri Citizen,

Plaintiffs,

v.

NARCONON FRESH START d/b/a A Life Worth Saving, Inc.,
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; and
NARCONON INTERNATIONAL,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 20) is GRANTED finding good cause shown.  The written Protective Order (docket no. 20-1) is APPROVED as amended in paragraphs 3.3; 4.6; and 5.2 d. and made an Order of Court.

Date: August 11, 2015