IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02768-LTB-MJW

JERRY COURSON, a Missouri Citizen; and
CHRISTY COURSON, a Missouri Citizen,

Plaintiffs,

v.

NARCONON FRESH START d/b/a A Life Worth Saving, Inc.,
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; and
NARCONON INTERNATIONAL,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Motion/Request to Participate Telephonically in Court Conference (Docket No. 24) is granted.  Plaintiffs' counsel may participate by telephone in the Rule 16 Scheduling Conference by calling the court at (303) 844-2403 on August 26, 2015, at 11:00 a.m. Mountain Time.

Date: August 19, 2015