**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.   14-cv-02768-LTB-MJW

JERRY COURSON, a Missouri citizen, and
CHRISTY COURSON, a Missouri citizen,

      Plaintiffs,

v.

NARCONON FRESH START d/b/a A Life Worth Saving, Inc.;
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL;
NARCONON WESTERN UNITED STATES; and
NARCONON INTERNATIONAL,

      Defendants.

---

ORDER

---

THIS MATTER having come before the Court on the Stipulated Dismissal of This Action In Its Entirety (Doc 32 - filed February 16, 2016), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   February 17, 2016